AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

ALI KANE, a.k.a. ABDOULAYE TOUMBOU,

*Plaintiff*

v.

RONALD HAYNES, DUENICH, WILLIAM STOCKWELL, RIVERA, and UNFRED,

*Defendant*

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 28, 2024

SEAN F. McAVOY, CLERK

Civil Action No. 2:24-CV-0013-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ___ ), which includes prejudgment interest at the rate of ___ %, plus post judgment interest at the rate of ___ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion to Dismiss Without Prejudice (ECF No. 44) is GRANTED.
All other pending motions in this matter (ECF Nos. 24, 31, 37, 38, 45, 46) are DENIED as moot.
Pursuant to the Order filed at ECF No. 48, all claims and causes of action in this matter are DISMISSED without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Thomas O. Rice on Plaintiff's Motion to Dismiss Without Prejudice.

Date: 10/28/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Ruby Mendoza
*(By) Deputy Clerk*

Ruby Mendoza